WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**THERESA KNIGHT**, 　　　　　　　　　　　　　　Case No. 1:15-cv-2402-SB

  Plaintiff,

vs. 　　　　　　　　　　　　　　　　　　　　　　　　ORDER

**COMMISSIONER of Social Security**,

  Defendant.

---

A supplemental award of attorney fees in the amount of $2,018.29 is hereby granted to Plaintiff, pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412. The check shall be sent to Tim Wilborn's address, above. In accordance with the fee assignment which Plaintiff has signed, payment shall be made in Tim Wilborn's name if no debt subject to offset exists.

DATED this 24th day of October, 2017.

_____
United States District or Magistrate Judge

Submitted by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1