WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
　Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**THERESA KNIGHT**,　　　　　　　　　　　　　　Case No. 1:15-cv-02402-SB

　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　　ORDER

**COMMISSIONER of Social Security**,

　Defendant.

---

　　　Attorneys' fees in the amount of $20,239.25 are hereby awarded to Attorney Tim Wilborn pursuant to 42 U.S.C. § 406(b).  Previously, this court awarded fees pursuant to the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412.  The amount of the EAJA fees previously received by the attorney shall be offset against this award, such that Attorney Tim Wilborn is entitled to retain, in addition to the EAJA fees already received, the amount of **$11,496.60**, minus any user fee imposed by the agency for direct payment.  Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

　　　DATED this 31st day of August, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　Stacie F. Beckerman
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
　Attorney for Plaintiff

ORDER - Page 1